USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chen,<br><br>            Plaintiff,<br><br>      –v–<br><br>Mayorkas et al,<br><br>            Defendants. | 21-cv-06836 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

     This case has been assigned to me for all purposes. It is hereby ORDERED that a response to the application for writ of mandamus be filed within two weeks of this order. It is further ORDERED that the reply be filed no later than one week from when the response is due.

SO ORDERED.

Dated: September 16, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1